Paul O. Hynard, Appellant,
against
Xu E. Hua, T.C. Lee Distributors, Inc., and American Truck Insurance Exchange Company, Respondents.




Paul O. Hynard, appellant pro se.
White, Fleischner & Fino, LLP (Patricia Carbone, Esq.), for respondents Hua and T.C. Lee Distributors, Inc.
American Truck Insurance Exchange Company, respondent pro se (no brief filed).

Appeal, on the ground of inadequacy, from a judgment of the Civil Court of the City of New York, Kings County (Adam Silvera, J.), entered June 2, 2016. The judgment, upon a decision of that court dated February 24, 2016, after a nonjury trial as against defendants Xu E. Hua and T.C. Lee Distributors, Inc., and, in effect, after an inquest as against defendant American Truck Insurance Exchange Company, awarded plaintiff the sum of $3,754.12.




ORDERED that, on the court's own motion, the notice of appeal from the decision is deemed to be a premature notice of appeal from the judgment (see CPLR 5520 [c]); and it is further,
ORDERED that the judgment is affirmed, without costs.
Plaintiff commenced this action to recover the sum of $15,099.21 as damages he had allegedly incurred when the 1986 Oldsmobile Firenza he owned and was driving was rear-ended by a truck driven by defendant Xu E. Hua, which was owned by defendant T.C. Lee Distributors, Inc. and insured by defendant American Truck Insurance Exchange Company (American Truck). Defendant American Truck failed to appear or answer. At a nonjury trial, which was also, in [*2]effect, an inquest as against defendant American Truck, the attorney for defendants Xu E. Hua and T.C. Lee Distributors, Inc. conceded liability. In a written decision dated February 24, 2016, which named all three defendants in its caption, the Civil Court awarded plaintiff the sum of $3,754.12. We deem plaintiff's appeal on the ground of inadequacy from the decision to be from the subsequently entered judgment (see CPLR 5520 [c]), which also named all three defendants in its caption.
Upon a review of the record, we find that the Civil Court's award of damages was not inadequate.
Accordingly, the judgment is affirmed.
PESCE, P.J. WESTON and ELLIOT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: October 06, 2017